**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRST WIVES ENTERTAINMENT LIMITED LIABILITY COMPANY,<br><br>                        Debtor. | Chapter 7<br><br>Case No. 16–11345 (RG) |
| RONALD L. COHEN, ESQ., Chapter 7 Trustee of the estate of FIRST WIVES ENTERTAINMENT LIMITED LIABILITY COMPANY,<br><br>                        Plaintiff,<br>v.<br><br>ARUBA PRODUCTIONS, LLC,<br><br>                        Defendant. | Adv. Proc. No. 18–01641 (RG) |

## ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019

Upon the *Motion Pursuant to Fed. R. Bankr. P. 9019 For Approval of Settlement Agreement* [Adv. Proc. Doc. No. 17] (the "**Motion**") of Ronald L. Cohen, Esq., the Chapter 7 Trustee (the "**Trustee**") of the estate of First Wives Entertainment Limited Liability Company, the above-captioned debtor, for the entry of an order, pursuant to 11 U.S.C. § 105(a) and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving the settlement agreement (the "**Settlement Agreement**") by and between the Trustee and Defendant Aruba Productions, LLC, annexed to the Motion as *Exhibit B*; and the Court, by *Notice of Motion*, having scheduled a hearing for March 31, 2020 at 10:00 a.m. (the "**Hearing**") to consider the Motion; and it appearing that due and sufficient notice of the Motion has been given and that no other or further notice need be given; and it appearing from the filed *Certificate of No Objection* [Adv. Proc. Doc. No. 19] that no objection, responsive pleading or request for hearing with respect

to the Motion has been interposed; and the Court having determined that the relief requested in the Motion is in the best interests of creditors and all parties-in-interest to the estate and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the proposed settlement having met the requirements of Rule 9019 of the Bankruptcy Rules; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is hereby granted, as set forth herein; and it is further

**ORDERED**, that the Settlement Agreement is approved pursuant to Rule 9019 of the Bankruptcy Rules; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.



Dated: April 1, 2020
New York, New York

Robert E. Grossman
United States Bankruptcy Judge